IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES R. CONLEY, | ) | CIVIL DIVISION |
| GLENN W. DUNCAN, | ) | |
| JOSEPH T. IVERY, | ) | CA#02-1886 |
| EARL G. MINOR, | ) | |
| JAMES WATKINS, | ) | |
| ROY H. WATKINS, | ) | **APPEARANCE** |
| RUFUS J. WATKINS, | ) | |
| | ) | |
| PLAINTIFFS, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CONSOLIDATED RAIL CORPORATION AND | ) | JURY TRIAL DEMANDED |
| NORFOLK SOUTHERN RAILWAY COMPANY | ) | |
| CSX TRANSPORTATION, INC., | ) | |
| | ) | |
| DEFENDANTS. | ) | |

**APPEARANCE**

TO:  Michael Kunz, Clerk of Courts

Kindly enter my Appearance on behalf of Defendants, CONSOLIDATED RAIL CORPORATION, NORFOLK SOUTHERN RAILWAY COMPANY AND CSX TRANSPORTATION INC., in the above-captioned matter. All papers, process, etc., may be served on me at Burns, White & Hickton, 120 Fifth Avenue, Suite 2400, Pittsburgh, Pennsylvania, 15222.

RESPECTFULLY SUBMITTED

BURNS, WHITE & HICKTON

By_____
Michael W. Burns, Esquire
Pa. ID# 15795
Attorney for Defendants,
CONSOLIDATED RAIL CORPORATION
NORFOLK SOUTHERN RAILWAY COMPANY
CSX TRANSPORTATION INC.
120 Fifth Avenue - Suite 2400
Pittsburgh, Pa.  15222
(412) 394-2500

**<u>CERTIFICATE OF SERVICE</u>**

    I hereby certify that on this 4TH day of DECEMBER 2002, a copy of the within was served on all counsel of record, via first class mail:

        Joseph J. Cappelli, Esq.
        Six Tower Bridge
        Suite 550
        181 Washington Street
        Conshohocken, PA  19428


        By_____
          Michael W. Burns, Esquire
          Attorney for Defendants
          Consolidated Rail Corporation
          CSX Transportation Inc.
          Norfolk Southern Railway Company