<u>PRETRIAL REPORT AND ORDER</u>

DATE PRETRIAL HELD: May 23, 2003        NO.  02-4886

CASE CAPTION: CONLEY
              VS
              CONRAIL

1.  TRIAL COUNSEL           FOR PLAINTIFF: J. CAPPELLI

                            FOR DEFENDANT: M. BURNS


2.  STATUS OF CASE:   BALANCE OF PLAINTIFFS WILL BE RESOLVED WITHIN 2 WEEKS.


3.  TRIAL DATE:

4.  JURY/NONJURY:

5.  PRETRIAL MEMORANDA AND POINTS FOR CHARGE OR PROPOSED FINDINGS
    OF FACT AND CONCLUSIONS OF LAW:

        PLAINTIFF   :
        DEFENDANT(S):

NOTE:  ALL DOCUMENTS, PHOTOS, ETC. ARE TO BE MARKED BEFORE TRIAL
       AND A COPY GIVEN TO OPPONENT(S), OR OPPONENT(S) BE ALLOWED
       TO COPY THEM.

POINTS FOR CHARGE ARE TO BE SUBMITTED IN DUPLICATE - EACH POINT
ON A SEPARATE PAGE.

Copy forwarded to counsel listed above.

                                        SO ORDERED:


                                        _____
                                        CHARLES R. WEINER