IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES R. CONLEY, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | CA #02-CV-4886 |
| | ) | |
| v. | ) | Hon. Charles R. Weiner, SJ |
| | ) | |
| CONSOLIDATED RAIL CORP., | ) | |
| NORFOLK SOUTHERN RAILWAY CO. AND | ) | |
| CSX TRANSPORTATION, INC., | ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

## MOTION FOR ADMISSION PRO HAC VICE

AND NOW, comes Defendant, Consolidated Rail Corporation, Norfolk Southern Railway Co. and CSX Transportation, Inc., by and through its attorneys, Burns, White & Hickton and Michael W. Burns, Esq., and files the within Motion for Admission Pro Hac Vice of William B. Hicks, Esq., and, in support thereof, states the following:

1. Michael W. Burns, Esq., is a partner of Burns, White & Hickton located at 120 Fifth Avenue, Suite 2400, Pittsburgh, Pennsylvania, 15222-3001, and is licensed to practice law in the Eastern District of Pennsylvania and is attorney of record for the Defendant in this action.

2. That William B. Hicks, Esq., is an associate in the law firm of Burns, White & Hickton and maintains an office located at 120 Fifth Avenue, Suite 2400, Pittsburgh, Pennsylvania, 15222 (412-394 2500). (See Affidavit of William B. Hicks, Esq., attached hereto as Exhibit "A".)

3. That Mr. Hicks's practice is devoted to civil litigation, and he specializes in the complex field of hearing loss litigation.

4. That Movant, William B. Hicks, Esq., is a member in good standing of the highest Courts of the Commonwealth of Pennsylvania. Neither he nor any member of his law firm is under suspension or disbarment by any such Court.

5. That the following is the name, address, and telephone number for the Pennsylvania Disciplinary Board which can attest to Movant's status as a member in good standing of the Pennsylvania bar:

    a. Pennsylvania Disciplinary Board
       Supreme Court of Pennsylvania
       First Floor, Two Lemoyne Drive
       Lemoyne, PA  17043
       (717) 731-7073

6. That Movant does not wish to be admitted generally, but for the purposes of the above-captioned matter only.

7. That Movant has not been involved in any matters before a Pennsylvania tribunal or body in the preceding twenty-four (24) months.

8. That Mr. Hicks has been requested to assist Mr. Burns in representing the Defendant in this case.

9. If admitted, Mr. Hicks will abide by the Rules of this Court and will be available for all Court conferences, Motions, and trial dates.

WHEREFORE, Movant respectfully requests permission to appear of record and participate *pro hac vice* before the United States District Court for the Eastern District of Pennsylvania.

        Respectfully submitted,

        BURNS, WHITE & HICKTON,

        By _____
          Michael W. Burns, Esq.
          PA I.D. No. 15795

          William B. Hicks, Esq.
          Pa. I.D. No. 86033

        120 Fifth Avenue, Suite 2400
        Pittsburgh, PA 15222-3001
        (412) 394-2500

        E-Mail: wbhicks@bwhllc.com

        Counsel for Defendant,
        Consolidated Rail Corporation, et al

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of May, 2003, a true and correct copy of the within **Motion for Admission Pro Hac Vice** was served upon all counsel of via facsimile to 312-922 8833 and regular mail addressed as follows:

>Joseph J. Cappelli, Esq.
>Six Tower Bridge, Suite 550
>181 Washington Street
>Conshohocken, PA  19428

>BURNS, WHITE & HICKTON,

>By _____
>   Michael W. Buns, Esq.
>   PA I.D. No. 75629

>Counsel for Defendant,
>Consolidated Rail Corporation, et al

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES R. CONLEY, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | CA #01-CV-1269 |
| | ) | |
| v. | ) | Hon. James S. Gallas |
| | ) | |
| CONSOLIDATED RAIL CORP., | ) | |
| NORFOLK SOUTHERN RAILWAY CO. AND | ) | |
| CSX TRANSPORTATION, INC., | ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

## **ORDER OF COURT**

AND NOW, this _____ day of _____, 2003, it is hereby ORDERED, ADJUDGED, and DECREED that William B. Hicks, Esq., of Burns, White & Hickton, 120 Fifth Avenue, Suite 2400, Pittsburgh, Pennsylvania, 15222, be admitted to practice *pro hac vice* before the United States District Court for the Eastern District of Pennsylvania.

BY THE COURT:

_____J.