# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES R. CONLEY, ET AL.** | : | **CIVIL ACTION** |
| | : | |
| **Plaintiffs** | : | |
| | : | |
| **v.** | : | |
| | : | **NO. 02-4886** |
| **CONSOLIDATED RAIL CORP., ET AL.** | : | |
| | : | |
| **Defendants** | : | |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFFS GLENN W. DUNCAN & RUFUS J. WATKINS, ONLY

Now come the above-referenced parties, by and through their respective counsel, and hereby voluntarily dismiss this action, without prejudice, as to Plaintiffs Glenn W. Duncan and Rufus J. Watkins, only.

Action to remain OPEN as to remaining Plaintiffs in this group matter.

JOSEPH J. CAPPELLI & ASSOCIATES          BURNS, WHITE & HICKTON

By_____          By_____
  Joseph J. Cappelli                                          Michael W. Burns
  Attorney for Plaintiffs                                    Attorney for Defendants

Date _____