IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES R. CONLEY, ET AL.** | : | CIVIL ACTION |
| | : | |
| **Plaintiffs** | : | |
| | : | |
| v. | : | |
| | : | NO. 02-4886 |
| **CONSOLIDATED RAIL CORP., ET AL.** | : | |
| | : | |
| **Defendants** | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFFS EARL G. MINOR, JAMES WATKINS & ROY H. WATKINS, ONLY

    Now come the above-referenced parties, by and through their respective counsel, and hereby voluntarily dismiss this action, with prejudice, as to Plaintiffs Earl G. Minor, James Watkins and Roy H. Watkins, only.

    Action to remain OPEN as to remaining Plaintiffs in this group matter.

JOSEPH J. CAPPELLI & ASSOCIATES    BURNS, WHITE & HICKTON

By_____    By_____
   Joseph J. Cappelli                                  Michael W. Burns
   Attorney for Plaintiffs                           Attorney for Defendants

Date _____